UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

STEVEN MICHAEL BAUER,

Defendant.

_____/

Case: 5:26-cr-20450
Assigned To : Levy, Judith E.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 7/15/2026
Description: IND USA V STEVEN
MICHAEL BAUER (SS)

Violations:
18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2260A

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 2251(a)
*Sexual Exploitation of Children*

On or about January 13, 2025, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, STEVEN MICHAEL BAUER, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, specifically, MV-1, who was under 18 years of age, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct; knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction

was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a).

## COUNT TWO
18 U.S.C. § 2260A
*Penalties for Registered Sex Offenders*

On or about January 13, 2025, in the Eastern District of Michigan, Southern Division, the defendant, STEVEN MICHAEL BAUER, being required by Federal and other laws to register as a sex offender, committed a felony offense involving a minor under section 18 U.S.C. § 2251(a), as charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 2260A.

## COUNT THREE
18 U.S.C. § 2251(a)
*Sexual Exploitation of Children*

On or about August 12, 2023, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, STEVEN MICHAEL BAUER, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, specifically, MV-4, who was under 18 years of age, to

2

engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct; knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a).

### COUNT FOUR
18 U.S.C. § 2260A
*Penalties for Registered Sex Offenders*

On or about August 12, 2023, in the Eastern District of Michigan, Southern Division, the defendant, STEVEN MICHAEL BAUER, being required by Federal and other laws to register as a sex offender, committed a felony offense involving a minor under section 18 U.S.C. § 2251(a), as charged in Count Three of this Indictment, in violation of Title 18, United States Code, Section 2260A.

3

## COUNT FIVE
### 18 U.S.C. § 2252(A)(a)(2)
*Distribution of Child Pornography*

On or about January 13, 2025, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, STEVEN MICHAEL BAUER, knowingly distributed child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce, and the child pornography had been mailed, shipped, and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT SIX
### 18 U.S.C. § 2252(A)(a)(5)(B)
*Possession of Child Pornography*

On or about March 19, 2025, in the Eastern District of Michigan, Southern Division, the defendant, STEVEN MICHAEL BAUER, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8); and the child pornography had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting foreign commerce; and the child pornography was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

4

## FORFEITURE ALLEGATION

1.      The allegations of this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2.      If convicted of an offense charged and set forth above, STEVEN MICHAEL BAUER, shall forfeit to the United States:

    a. any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.      **Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the

5

defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON, JR.
United States Attorney

*s/ Matthew A. Roth*
MATTHEW A. ROTH
Chief, Trafficking and
Exploitation of Children Unit
Assistant United States Attorney

*s/ Zachary A. Zurek*
ZACHARY A. ZUREK
Assistant United States Attorney

*s/ Tara Hindelang*
TARA HINDELANG
Assistant United States Attorney

Dated: July 14, 2026

| United States District Court Eastern District of Michigan | Criminal Case Cove~ | Case: 5:26-cr-20450<br>Assigned To : Levy, Judith E.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 7/15/2026<br>Description: IND USA V STEVEN MICHAEL BAUER (SS) |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes          ☒ No | **AUSA's Initials:** M.W   TMW   ZAZ |

Case Title: USA v.  STEVEN MICHAEL BAUER

County where offense occurred :  Wayne

Check One:      ☒ Felony          ☐ Misdemeanor          ☐ Petty

⎯✓⎯Indictment/⎯⎯⎯Information --- **no** prior complaint.
⎯⎯⎯Indictment/⎯⎯⎯Information --- based upon prior complaint [**Case number:**                    ]
⎯⎯⎯Indictment/⎯⎯⎯Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 15, 2026
Date

Zachary Zurek P80116
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-0285
Zachary.Zurek@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.